MCB
9/27/12
9728

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

12 SEP 27 AM 10:58

| UNITED STATES OF AMERICA | ) Magistrate Docket No. 12MJ3561 |
| --- | --- |
| Plaintiff | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) TITLE 18 U.S.C. § 1542 |
| | ) False Statement in Application |
| | ) and Use of Passport (Felony) |
| Emilio LOZANO | ) |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about, April 12, 2011, within the Southern District of California, defendant, Emilio LOZANO, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant swore under oath he was a United States citizen, knowing full well that he was not a United States Citizen, in violation of Title 18, United States Code, Section 1542.

The complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Melissa J. Main
Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This 27th day of September, 2012.

UNITED STATES MAGISTRATE JUDGE

DoA
9/26/12



## PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS

I, Melissa J. Main, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1.  I am a Special Agent (SA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, California Resident Office. I have investigated or assisted in the investigation of numerous violations involving the false application for, false use and misuse of United States Passports and Visas.

2.  During the performance of my duties, I have obtained evidence that Emilio LOZANO (hereinafter referred to as DEFENDANT) did knowingly and willfully apply for a passport by reason of any false statement and swore under oath that he was a United States citizen, knowing full well that he was not a United States Citizen. This Affidavit is made in support of a complaint against DEFENDANT for violation of Title 18, U.S.C., Section 1542, False Statement in Application.

3.  On April 12, 2011, DEFENDANT executed an Application for a U.S. Passport (Form DS-11) # 610366063 and claimed he was a United States Citizen.

4.  On April 12, 2011, DEFENDANT executed an Application for a U.S. Passport (Form DS-11) #610366063 by signing his name under oath beneath the following jurat: " *I declare under penalty of perjury that I am a United States citizen (or non-citizen national)... I declare under penalty of perjury that the statements made on this application are true and correct.*"

5.  On September 26, 2012, DEFENDANT agreed to a voluntary interview with AFFIANT at his place of employment. During the voluntary interview, DEFENDANT admitted to being a Mexican national and was not a United States Citizen. DEFENDANT further stated that he was aware, at the time of executing the passport application (Form DS-11) # 610366063, that only United States Citizens were entitled to apply for a U.S. Passport. DEFENDANT finally admitted to signing a 2009 affidavit at the United States Consulate in Ciudad Juarez, Mexico, in which he stated he was not a United States Citizen and was informed of the consequences of claiming to be a United States Citizen in the future.

# Defendant Locator Form
(Place behind the Magistrate Information Sheet of Court Copy)

## U.S. Department of State, Diplomatic Security Service
## San Diego Resident Office, 619-557-6194,   f) 619-557-5919

Name of Defendant: __LOZANO, Emilio__   DOB: __09/19/1973__

A-file #: _____   Charge: __18 USC 1542__

### MCC Information (619) 232-4311. Ext 430 (MCC Records)

Arrival Date at MCC: __09/26/2012__   Time: __1230__

Booking Number: __37__

Transport Officer: __SA Main__   Star #: __35143-298__

Receiving Official at MCC: __CSO Darnell, M.__

### Juvenile Hall Information (858) 694-4505, or Booking (858) 694-4766

Arrival Date at Juvenile Hall: _____   Time: _____

Booking Number: _____

Transport Officer: _____   Star #: _____

Receiving Official at Juvenile Hall: _____

### Hospitalized Defendants

Name of Medical Center/Detox Unit: _____

Phone Number of Medical Center/Detox Unit: _____

Name of Person receiving Defendant: _____

Date of Hospitalization: _____   Time: _____

Reason for Hospitalization: _____

Room Number: _____

Phone number of Nurse's Station: _____

Expectant Date of Defendant's release from Hospital: _____