IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
VS. ) Case No. 12MJ3561
)
EMILIO LOZANO )
)

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or its agents to question me, or to contact me, seeking my waiver of any rights, unless my counsel is present.

_____     _____
**Defendant**                       **Witnessed By:**

Dated: 9/27/12