UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12CR4395 WQH |
| Plaintiff, | INFORMATION |
| v. | Title 18, U.S.C. Section 1542 - False Statement in Application for a United States Passport (Felony) |
| EMILIO LOZANO, | |
| Defendant. | |

The United States Attorney charges:

On or about April 12, 2011, within the Southern District of California, defendant, EMILIO LOZANO, did willfully and knowingly make a false statement in an application for a Passport, with the intent to induce or secure the issuance of a Passport under the authority of the United States, either for defendant's own use or the use of another, contrary to the laws regulating the issuance of such Passports, in that, defendant completed a Passport application (DS-11), in which defendant claimed to be a United States citizen, knowing full well that defendant was not a United States citizen; all in violation of Title 18, United States Code, Section 1542, a felony.

DATED: 10/24/12

LAURA E. DUFFY
UNITED STATES ATTORNEY

MICHAEL R. LIZANO
Special Assistant U.S. Attorney

MRL:ked
10/10/12