AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 25 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES OF AMERICA

v.

EMILIO LOZANO

WAIVER OF INDICTMENT

CASE NUMBER: 12CR4395 WQH

I, EMILIO LOZANO, the above named defendant, who is accused of Title 18, U.S.C. § 1542 - False Statement in Application for a United States Passport, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10-25-12 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER