# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)     CASE NUMBER ___12 CR 4395 WQH___
vs )
)     ABSTRACT OF ORDER
Emilio Lozano )     Booking No. ___35145298___
)
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___11/01/12___

the Court entered the following order:

___X___ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

___X___ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

DAVID H. BARTICK

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.      Clerk
by _____
Deputy Clerk  A. EVERILL

Received _____
DUSM

Crim-9   (Rev. 8-11)                                      ☆ U.S. GPO: 1996-783-398/40151

**CLERK'S COPY**